# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  Donald C Norton

|  |  |  |
|---|---|---|
|  | ) | 19 B 35116 |
|  | ) |  |
| Debtor(s) | ) | **Judge Janet S Baer** |

### *NOTICE OF MOTION AND CERTIFICATE OF SERVICE*

To:
Donald C Norton, 2160 Magenta Lane, Algonquin, IL  60102
David M Siegel & Associates LLC, 790 Chaddick Drive, Wheeling, IL  60090

Please take notice that on August 7, 2020 at 9:30 a.m., I will appear before the Honorable Judge Janet S. Baer or any other Bankruptcy Judge who may preside in her place and stead, and present the attached motion to modify the debtor's plan.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

This motion will be presented and heard telephonically. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC.
You can set up an account at www.court-solutions.com or by calling Court Solutions at (917) 746-7476.

A party who objects to this motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

I certify that this office caused a copy of this notice and the attached motion to be delivered to the above listed debtor and creditor(s) by depositing it in the U.S. Mail and to debtor's attorney electronically via the court's CM/ECF System on July 28, 2020.

/s/ Glenn Stearns
Glenn Stearns, Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532   (630) 981-3888

## MOTION TO MODIFY PLAN

Now Comes Glenn Stearns, Chapter 13 Trustee, requesting modification of the above debtors' plan pursuant to 11 U.S.C. § 1329 and in support thereof, states the following:

1. On December 13, 2019, the debtor filed a petition under Chapter 13.
2. The debtor's amended plan filed February 24, 2020 (Doc 21) was confirmed on February 28, 2020.
3. The confirmed plan provides for payments of $1,200 per month for 2 months and $1,375 per month for 58 months with all creditors scheduled to be paid in full.
4. The debtor has filed a motion to incur debt (Doc 30).
5. Paragraph 7 of debtor's motion states that if his motion is granted, he is willing to pay the resulting savings of $338 per month toward his plan.

WHEREFORE, the Trustee prays that if the debtor's motion to incur debt is granted, his plan be modified to increase his monthly plan payment from $1,375 to $1,713 and for such other and further relief as this court deems proper.

Respectfully Submitted;
Glenn Stearns, Trustee

/S/ Glenn Stearns
By: Glenn Stearns

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532   (630) 981-3888