UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 19-35116
DONALD C. NORTON )
) Chapter: 13
) Honorable Janet S. Baer
)
) Kane
Debtor(s) )

**ORDER GRANTING DEBTOR'S MOTION TO INCUR DEBT**

This matter coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and with due notice having been given to the parties entitled thereto,

IT IS HEREBY ORDERED THAT:

The Debtor is granted leave to obtain financing for $26,152.00, at an APR of 17.99% and a monthly payment of $601.00, for a 2020 Jeep Cherokee.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: August 07, 2020

**Prepared by:**

Michael R. Colter, II ARDC # 6304675
David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100