UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 19-35116
Donald C Norton )
) Chapter: 13
) Honorable Janet S. Baer
)
) Kane
Debtor(s) )

**Order Modifying Plan**

    This matter coming to be heard on the Trustee's Motion to Modify Plan, proper notice having been given, and the Court being duly advised in the premises,

  IT IS HEREBY ORDERED that the Debtor's monthly plan payment is increased from $1,375 to $1,713.

Enter:

*[signature: Janet S. Baer]*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: August 07, 2020

**Prepared by:**

Glenn Stearns Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle  IL  60532
630-981-3888